Date: 09/15/10

# DIVIDENDS REMITTED TO THE COURT
Check Number 3016 Dated 09/15/10
Case Number 09-37088 - REINDL, MICHAEL D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHRISTIANSON & LAUE PA<br>5101 VERNON AVE S<br>SUITE 400<br>MINNEAPOLIS MN 55436-2164<br>    4182 | 000006 | 797.52 | 1.84 |
| ADAMS PEST CONTROL INC<br>922 HWY 55 STE 100<br>HAMEL MN 55340-0233 | 000008 | 201.34 | 0.46 |
| Remittance Total | | 998.86 | 2.30 |

*[signature]*
MICHAEL IANNACONE, Trustee

#2729

Page:

COURT1

Printed: 09/15/10 03:28 PM    Ver: 15.20